No. 85. BALTIMORE & OHIO RAILROAD CO. *v.* SKIDMORE. C. A. 2d Cir. Certiorari denied. *William C. Combs* for petitioner. *William A. Blank* for respondent.

No. 86. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Kaiser, Gerhard P. Van Arkel, Daniel D. Carmell* and *Samuel H. Jaffee* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Charles H. Weston* and *Emory T. Nunneley, Jr.* for the Civil Aeronautics Board; and *John W. Cross, Mac Asbill* and *Richard A. Fitzgerald* for the National Airlines, Inc., respondents.

No. 93. EBENSBERGER ET AL. *v.* SINCLAIR REFINING CO. C. A. 5th Cir. Certiorari denied. *J. B. Lewright* for petitioners. *W. R. Smith, Jr., Alfred McKnight* and *Nat. J. Harben* for respondent.

No. 94. IRIARTE ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *José A. Poventud* and *F. Fernández Cuyar* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.

No. 95. TINGLE ET AL. *v.* ANDERSON-TULLY CO. C. A. 5th Cir. Certiorari denied. *John Brunini* for petitioners. *Lamar Williamson* for respondent.

No. 96. W. E. HEDGER TRANSPORTATION CORP. *v.* IRA S. BUSHEY & SONS, INC. C. A. 2d Cir. Certiorari de-